**\*\*E-filed 02/11/2010\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INTERSIL CORPORATION, et al., | No. C 09-02386 RS |
| Plaintiffs, | **ORDER RE STAY MOTIONS** |
| v. | |
| TECHNOLOGY LICENSING CORPORATION, et al., | |
| Defendants. | |

Plaintiffs seek to stay this entire case pending resolution of the action pending in Santa Clara Superior Court between them and defendants. Third party defendant Ross Video joins in that motion and further seeks a stay of the claims against it until the claims between plaintiffs and defendants are resolved. As discussed at the hearing, granting a formal stay in either instance does not appear to be warranted at this juncture, but efficient use of Court and party resources does call for appropriate consideration of some of the issues raised in the motions with respect to scheduling how this case is to proceed. Accordingly, the motions will be denied without prejudice, and the parties are directed to meet and confer to attempt to reach agreements on phasing discovery and/or other proceedings in this action, as well as coordinating discovery with that occurring in the state court action. The

1  parties shall present their proposals in conjunction with the upcoming Case Management
2  Conference.

Dated: 02/11/2010

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2