*E-Filed 10/25/10*

Gregory L. Lippetz (State Bar No. 154228)
glippetz@jonesday.com
Laurie M. Charrington (State Bar No. 229679)
lmcharrington@jonesday.com
JONES DAY
1755 Embarcadero Road
Palo Alto, CA  94303
Telephone:      (650) 739-3939
Facsimile:      (650) 739-3900

Attorneys for Plaintiffs
INTERSIL CORPORATION and
ELANTEC SEMICONDUCTOR, INC.

Attorneys for Third-Party Defendant
ROSS VIDEO LTD.

Martin L. Fineman (State Bar No. 104413)
martinfineman@dwt.com
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111-6533
Telephone:      (415) 276-6575
Facsimile:      (415) 276-6599

Raymond P. Niro, Member of
Northern District of California Bar
rniro@nshn.com
Arthur A. Gasey (*Pro Hac Vice*)
gasey@nshn.com
Paul C. Gibbons(*Pro Hac Vice*)
gibbons@nshn.com
Kara L. Szpondowski (*Pro Hac Vice*)
szpondowski@nshn.com
NIRO, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, IL 60602
Telephone:      (312) 236-0733
Facsimile:      (312) 236-3137

Attorneys for Defendants and
Third-Party Plaintiff
TECHNOLOGY LICENSING
CORPORATION, PIXEL INSTRUMENTS
CORPORATION and J. CARL COOPER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INTERSIL CORPORATION, AND ELANTEC SEMICONDUCTOR, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TECHNOLOGY LICENSING CORPORATION, PIXEL INSTRUMENTS CORPORATION, AND J. CARL COOPER, <br><br> Defendants. | CASE No. 5:09-cv-02386 RS <br><br> **STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE AND [PROPOSED] ORDER** |

1
2
3
4
5
6
7
8

TECHNOLOGY LICENSING
CORPORATION,

Third-Party Plaintiff,

v.

ROSS VIDEO LTD.,

Third-Party Defendant.

AND RELATED COUNTERCLAIMS

9      WHEREAS, Plaintiffs Intersil Corporation and Elantec Semiconductor, Inc. (referred to

10   collectively as "Intersil") and Defendants Technology Licensing Corporation ("TLC"), Pixel

11   Instruments Corporation ("Pixel"), and J. Carl Cooper ("Cooper**")**, have entered into a

12   confidential Settlement Agreement effective as of October 15, 2010;

13      NOW, THEREFORE, pursuant to the settlement agreement of the parties, it is hereby

14   stipulated as follows:

15      1.      All claims, counterclaims, and affirmative defenses in the present action between

16   Plaintiffs and Defendants are dismissed in their entirety with prejudice.

17      2.      All third-party claims and related defenses brought or raised by TLC against Ross

18   Video, as they relate to Ross Video's use of Plaintiffs' products, are dismissed in their entirety

19   with prejudice.  TLC's claims against Ross Video continue for Ross Video's purchase, use, sale,

20   or inclusion of non-Intersil products into Ross Video's products.  No license is given and Ross

21   Video receives no benefit of a license for its purchase, use, sale, or inclusion of non-Intersil

22   products into Ross Video's products.

23      3.      The Court shall retain jurisdiction to enforce this Stipulation and the terms of the

24   Settlement Agreement.

25      4.      Each party shall bear its own attorney's fees, expenses, and costs.

26
27
28

STIPULATION OF DISMISSAL OF
ACTION AND [PROPOSED] ORDER
Case No. 5:09-cv-02386 RS

1   SO STIPULATED:

2   Dated: October 21, 2010                    JONES DAY

3                                                 By:  /s/ *Laurie M. Charrington*
                                                      Laurie M. Charrington
4

5                                              Attorneys for Plaintiffs
                                               INTERSIL CORP. and ELANTEC
6                                              SEMICONDUCTOR, INC.

7                                              Attorneys for Third-Party Defendant
                                               ROSS VIDEO LTD.
8

9   Dated: October 21, 2010                    NIRO,  HALLER & NIRO

10                                                By:  /s/ *Paul C. Gibbons*
                                                      Paul C. Gibbons
11

12                                             Attorneys for Defendants and
                                               Third-Party Plaintiff
13                                             TECHNOLOGY LICENSING
                                               CORPORATION, PIXEL INSTRUMENTS
14                                             CORPORATION and J. CARL COOPER

15

16          In accordance with General Order No. 45, Section X(B), the above signatory attests that

17   concurrence in the filing of this document has been obtained from the signatory below.

18   Dated: October 21, 2010                    NIRO,  HALLER & NIRO

19                                                By:  /s/ *Paul C. Gibbons*
                                                      Paul C. Gibbons
20

21                                             Attorneys for Defendants and
                                               Third-Party Plaintiff
22                                             TECHNOLOGY LICENSING
23                                             CORPORATION, PIXEL INSTRUMENTS
                                               CORPORATION and J. CARL COOPER
24

25

26

27

28
                                                           STIPULATION OF DISMISSAL OF
                                                           ACTION AND [PROPOSED] ORDER
                                      - 3 -                 Case No. 5:09-cv-02386 RS

1  **IT IS SO ORDERED.**

2  Dated: October  25, 2010

3

4                                                        By: _____
                                                             Honorable Richard Seeborg
5                                                            United States District Judge
                                                             Northern District of California
6

7

8

9

10

11

12
   SVI-85632v3
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION OF DISMISSAL OF
ACTION AND [PROPOSED] ORDER
Case No. 5:09-cv-02386 RS